**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                          **CASE NO.: 1:04-CR-010-SPM**

**EVERETT YOUNG,**

      **Defendant.**

_____/

**ORDER RESETTING RESTITUTION HEARING**

    **THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue Restitution Hearing" (doc. 80) filed November 9, 2005, in which defense counsel explains that Defendant has just started a new commission-based job and has not yet established a monthly average from which an appropriate restitution amount could be calculated.  Counsel requests a 90-day continuance in order to permit Defendant to establish such average.

    The Government is unopposed to the granting of the motion.  Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The motion to continue (doc. 455) is hereby *granted*.

2.      The restitution hearing is reset for **Monday, February 13, 2006** at

**1:30pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>ninth</u> day of November, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao